Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Dolores Hayes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DOLORES HAYES,                    )   Case No.: CV 12-3433 PJW
                                  )
                                  )   ~~PROPOSED~~ ORDER OF
             Plaintiff,           )   DISMISSAL
                                  )
     vs.                          )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
                                  )
             Defendant.           )
_____   )

     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   October 18, 2012     _____
                             THE HONORABLE PATRICK J. WALSH
                             UNITED STATES MAGISTRATE JUDGE

-1-